**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**

**JOE LEWIS, individually and on behalf of all others similarly situated,**

**Plaintiff,**

**-v-**

**PORTFOLIO RECOVERY ASSOCIATES LLC,**

**Defendant.**

**Civil Case Number:  4:21-cv-00073-CDL**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the Plaintiff's voluntary dismissal of all claims against Defendant in the above-captioned matter, with prejudice.

All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated:          April 11, 2022

_/s/ Yitzchak Zelman_____
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com

*Attorneys for Plaintiff*
*Joe Lewis*

_/s/ Emily Y. Rottmann_____
Emily Y. Rottmann, Esq.
McGuireWoods LLP
50 N Laura Street, Suite 3300
Jacksonville, FL 32202
Tel: (904) 798-3224
Email: erottmann@mcguirewoods.com

*Attorneys for Defendant*
*Portfolio Recovery Associates LLC*